UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE UNITED STATES, ET AL.,<br>    Plaintiffs | CIVIL ACTION |
| VERSUS | NO. 16-13987 |
| CYTOGEL PHARMA, LLC,<br>    Defendant | SECTION: "E" (1) |

### ORDER

On August 6, 2018, Crossclaim Defendant Dr. James Zadina filed a motion for partial summary judgment in his favor on counterclaims 1, 4, 5, 9, 10, 11, 12, and 14.[1] In connection with the motion, Dr. Zadina filed a statement of uncontested material facts.[2] The statement of uncontested material facts is deficient.

Rule 56 requires a party asserting that a fact cannot be genuinely disputed to support the assertion by citing to particular parts of the record.[3] The party may satisfy this requirement by citing to specific page numbers or paragraphs. In this case, Dr. Zadina's statement of uncontested facts contains assertions that are not supported by citations to the record or the attached exhibits.

Paragraph 4 of the statement of uncontested material facts does not contain adequate references or citations to the record or attached exhibits, in violation of Federal Rule of Civil Procedure 56(c)(1) and Local Rule 56.1.[4]

---

[1] R. Doc. 223.
[2] R. Doc. 223-4.
[3] *See* FED. R. CIV. P. 56(c)(1).
[4] *See* FED. R. CIV. P. 56(c)(1) ("A party asserting that a fact cannot be or is genuinely disputed must support the assertion . . . ."); L.R. 56.1 ("Every motion for summary judgment must be accompanied by a separate and concise statement of the material facts which the moving party contends present no genuine issue.").

1

Furthermore, in paragraphs 5, 6, 7, and 8, Dr. Zadina quotes excerpts of deposition testimony, but fails to provide the concise statements of fact the excerpts are intended to support. Accordingly, the Court is unable to determine what facts Dr. Zadina contends are undisputed and whether they are established by these excerpts.

Finally, paragraph 9 incorporates by reference information contained in other pleadings. Dr. Zadina must list in the statement of uncontested material facts, as separate numbered paragraphs, any facts he contends are uncontested along with citations to summary judgment evidence in support.

Accordingly;

**IT IS ORDERED** that, pursuant to Federal Rule of Civil Procedure 56(e), Dr. Zadina refile his statement of uncontested material facts in support of his motion for partial summary judgment, with adequate record citations and revised as directed herein, by no later than **Monday, August 13**, at **5:00 p.m.**

**IT IS FURTHER ORDERED** that the deadline for Cytogel Pharma, LLC's opposition to Dr. Zadina's motion for partial summary judgment will be extended to **August 31, 2018**.

New Orleans, Louisiana, this 8th day of August, 2018.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**