UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE UNITED STATES and THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND<br>        Plaintiffs,<br><br>v.<br><br>CYTOGEL PHARMA, LLC,<br>        Defendant.<br>_____<br>CYTOGEL PHARMA, LLC,<br>        Counterclaim-Plaintiff<br><br>v.<br><br>JAMES E. ZADINA,<br>THE UNITED STATES, et al<br>        Counterclaim-Defendants<br>_____ | Civil Action<br>No. 2:16-cv-13987<br><br>Section E<br>Judge Susie Morgan<br><br>Division 1<br>Magistrate Judge<br>Janis van Meerveld |

Videotape deposition of **JOHN CHRISTIE**, 30(B)(6), taken on Wednesday, June 6, 2018, in the Law Offices of Stanley, Reuter, Ross, Thornton & Alford, LLC, 909 Poydras Street, Suite 2500, New Orleans, Louisiana  70112, commencing at 9:03 a.m.

EXHIBIT B

| | |
|---|---|
| 1 | Tulane, that's his direction? |
| 2 | A.   Gives to Dr. Zadina. |
| 3 | Q.   I mean, Dr. Zadina, right. |
| 4 | A.   (Nods head affirmatively.) |
| 5 | Q.   Do you know whether -- okay, anything |
| 6 | else in this document speaks to the conflict |
| 7 | of interest and commitment goal? |
| 8 | A.   I don't believe so. |
| 9 | Q.   Do you know who wrote Paragraph 8? |
| 10 | A.   I don't. |
| 11 | Q.   Did you have any role in reviewing or |
| 12 | revising Paragraph 8? |
| 13 | A.   I believe I made two revisions to it. |
| 14 | Q.   And what are those revisions? |
| 15 | A.   Originally the first sentence said |
| 16 | Department of Veteran Affairs "and" Tulane |
| 17 | University.  I changed the "and" to an "or." |
| 18 | Q.   Okay. |
| 19 | A.   And I narrowed the term of the final |
| 20 | clause, I believe, to make clear that the |
| 21 | limitation on ownership of exclusive property |
| 22 | would be more closely tied to things that came |
| 23 | directly from Cytogel. |
| 24 | Q.   How did you make that revision? |
| 25 | A.   Without a red line in front of me, I |

1  any of the Consulting Agreement language to
2  the VA?
3      A.  I did not, I don't think.
4      Q.  What was Tulane's understanding of the
5  second paragraph -- I mean second sentence of
6  Paragraph 8?
7  MR. BROWN:
8              Which draft?
9  MR. REUTER:
10             The final executed -- good
11         question.
12 THE WITNESS:
13             The one in Exhibit 4?
14 BY MR. REUTER:
15     Q.  Yeah.  The one where Zadina's
16 signature is there.
17     A.  Tulane's view of that paragraph would
18 be that work that consultant does that is
19 closely tied to materials or information
20 provided by Cytogel will remain Cytogel's
21 property.
22     Q.  Did you -- okay.  And sitting here
23 today, you don't know what materials or
24 information Cytogel provided to Dr. Zadina?
25     A.  I do not.

**1**  should be developing it.  And the result was
**2**  that Mr. Maglaris and I agreed to try one last
**3**  time to come up with an amicable agreement.
**4**       Q.   So you two were going to converse
**5**  further after the meeting?
**6**       A.   Yes.
**7**       Q.   Did you have those conversations?
**8**       A.   We did.
**9**       Q.   And what was the result of those?
**10**      A.   We did not come to a definitive
**11** agreement.
**12**      Q.   And what were the terms that were
**13** holding back a definitive agreement?
**14**      A.   I don't recall.
**15**      Q.   Here's Exhibit 92.  This is Exhibit
**16** 92.  It's Z79376 through 79378.
**17**           (The exhibit is marked for
**18**            identification and attached hereto.)
**19**      A.   (Reviews document.)
**20**      Q.   So what is this email?
**21** 

276

PROTECTED INFORMATION - ATTORNEYS' EYES ONLY
Shelley A. Sampey, CCR
ASAP Court Reporting Services, Inc.  (985) 809-2974

277



11       MR. OLSON:
12                 Is this an exhibit?
13       MR. REUTER:
14                 Yes.  It's going to be
15            Exhibit 94.  Is that right?
16       THE WITNESS:
17                 Yes.
18       BY MR. REUTER:
19            Q.   Is this further communications with
20       Mr. Geerlings?
21            A.   Yes.
22            Q.   And was, ultimately, this Confidential
23       Disclosure Agreement signed?
24            A.   Yes.
25            Q.   And attached on -- so the Exhibit is

# WITNESS CERTIFICATE

I, JOHN CHRISTIE, do hereby certify that I have read, or have had read to me, the preceding pages of testimony;

That said testimony was given by me under oath; and that the transcription of said testimony, with corrections and/or changes, if any, is true and correct to the best of my knowledge and belief.

_____
JOHN CHRISTIE

I am returning the enclosed transcript:

(X) With corrections

( ) Without corrections

*State of Louisiana*
*Parish of Orleans*
*The foregoing instrument was acknowledged before Me this 5th day of July, 2018, by John Christie. Personally Known.*

IN RE: *The United States, et als v. Cytogel Pharma, LLC and Cytogel Pharma, LLC v. James E. Zadina, et als*
Wednesday, June 6, 2018

GREGORY SCOTT STEIN
Notary Public
State of Louisiana
Orleans Parish
Notary ID # 143657
My Commission is for Life

342

# C O R R E C T I O N   S H E E T

| PAGE | LINE | DESCRIPTION |
|---|---|---|
| 22 | 22 | "Kale Lenon" should be "Cale Lennon" |
| 22 | 24 | "Lenon" should be "Lennon" |
| 22 | 25 | "Lenon" should be "Lennon" |
| 23 | 3 | "Macguza" should be "Maczuga" |
| 23 | 4 | "Macguza" should be "Maczuga" |
| 23 | 5 | "Macguza" should be "Maczuga" |
| 23 | 6 | "Macguza" should be "Maczuga" |
| 23 | 24 | "Macguza" should be "Maczuga" |
| 32 | 2 | "Macguza" should be "Maczuga" |
| 32 | 2-3 | "Kale Lenon" should be "Cale Lennon" |
| 36 | 25 | "Macguza" should be "Maczuga" |
| 52 | 2 | "be" should be "being" |
| 94 | 7 | "Macguza" should be "Maczuga" |
| 103 | 5 | "Constance" should be "Constans" |
| 143 | 8 | "colleagued" should be "collegial" |
| 174 | 9-10 | "Howry" should be "Howrey" |
| 256 | 23 | "Regions" shold be "Regents" |
| 307 | 8 | "2000" should be "2006" |

IN RE: The United States, et als v. Cytogel Pharma, LLC and Cytogel Pharma, LLC v. James E. Zadina, et als
Wednesday, June 6, 2018

REDACTED

REDACTED

REDACTED